**U.S. District Court**
**Southern District of Alabama - District Version 2.1 (Mobile)**
**CIVIL DOCKET FOR CASE #: 1:04-cv-00403-WS-L**

04cv12268 PBS

Gulf Distributing Holdings, Inc. v. Pfizer Inc.
Assigned to: Judge William H. Steele
Referred to: Magistrate Judge Kristi D. Lee
Cause: 28:1332 Diversity-Fraud

Date Filed: 06/21/2004
Jury Demand: Plaintiff
Nature of Suit: 370 Fraud or Truth-In-Lending
Jurisdiction: Federal Question

**Plaintiff**
-----------------------

**Gulf Distributing Holdings, LLC,** *on behalf of itself and all others similarly situated*

represented by **Charles H. Dodson, Jr.**
Sims, Graddick & Dodson, P.C.
P.O. Box 1908
Mobile, AL 36633-1908
(334) 690-9300
Fax: 2516909311
Email: chd@simsgraddick.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph D. Steadman**
Sims, Graddick & Dodson, P.C.
P.O. Box 1908
Mobile, AL 36633-1908
(334) 690-9300
Fax: 2516909311
Email: jds@dodsonsteadman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven A. Martino**
Taylor Martino, P.C.
P.O. Box 894
Mobile, AL 36601
(334) 433-3131
Email: stevemartino@tmhlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Lloyd Copeland**
Taylor Martino, P.C.
P.O. Box 894
Mobile, AL 36601
(334) 433-3131
Email: lloyd@tmhlawfirm.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

V.

**Defendant**

--------------------

**Pfizer Inc.,** *successor in interest to*
**Warner Lambert Company**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/21/2004 | 1 | CLASS ACTION COMPLAINT against Pfizer Inc. ( Filing fee $ 150.00, Receipt number 47341.) filed by Gulf Distributing Holdings, LLC. (Attachments: # 1 Civil Cover Sheet)(mpp) (Entered: 06/21/2004) |
| 06/21/2004 | 2 | Summons Issued as to Pfizer Inc. and atty. contacted for pick-up at the intake counter. (mpp) (Entered: 06/22/2004) |
| 06/22/2004 | 3 | Service Order entered 6/22/2004. Plaintiff to notify the Court the action taken to effect service and the results thereof. Service order deadline set to 8/6/2004. Signed by Judge William H. Steele on 6/22/04. Copies to parties. Copy placed with summons packet.(mpp) (Entered: 06/22/2004) |
| 07/06/2004 | 4 | Return of Service Executed Pfizer Inc. served on 6/28/2004, answer due 7/19/2004. (tgw, ) (Entered: 07/07/2004) |
| 07/14/2004 | 5 | AMENDED COMPLAINT against Pfizer Inc. filed by Gulf Distributing Holdings, LLC.(tgw) (Entered: 07/15/2004) |
| 07/21/2004 | 6 | JOINT MOTION to Stay Pending Transfer To MDL by Gulf Distributing Holdings, LLC, Pfizer Inc.. (Attachments: # 1 Text of Proposed Order)Referred to Judge Steele(tgw) (Entered: 07/22/2004) |
| 07/27/2004 | 7 | ORDER granting 6 Motion to Stay pending transfer to MDL. Signed by Judge William H. Steele on 7/27/04. Copies to parties (tgw) (Entered: 07/27/2004) |

| PACER Service Center |
|---|
|  |

| Transaction Receipt | | | |
|---|---|---|---|
| 10/27/2004 13:13:35 | | | |
| PACER Login: | us2510 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:04-cv-00403-WS-L |
| Billable Pages: | 1 | Cost: | 0.07 |