UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF ALABAMA

113 ST. JOSEPH STREET
MOBILE, AL 36602

CHARLES R. DIARD, JR.
CLERK

(334) 690-2371

FILED
IN CLERK'S OFFICE

2004 NOV 19  P 12: 54

U.S. DISTRICT COURT
DISTRICT OF MASS.

November 15, 2004

Tony Anastas, Clerk
2300 John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

Re:   **MDL 1692 - In Re: Neurontin Marketing and Sales Practices**
      **Gulf Distributing Holdings, Inc. V. Pfizer, Inc., SDAL 04-403, DMA 04-12268**

Dear Mr. Anastas,

In accordance with the Conditional Transfer Order entered in the above styled cause on October 26, 2004, and pursuant to your letter of October 28, 2004, the following is enclosed:

- Certified copy of docket entries;

- Complete file on CD of proceedings had in this Court. The file consists of documents 1-8.

Please acknowledge receipt of this file on the enclosed copy of this letter. A self addressed envelope in included for your convenience.

Sincerly,
CHARLES R. DIARD, JR., CLERK

By:  [signature]

Jeff Reinert/Operations Manager

encls.
cc:   Clerk, MDL